Reliable Wool Stock LLC,
Petitioner-Landlord-Respondent, 
against
117-119 Leasing Corp.,
Respondent-Tenant-Appellant.



Tenant appeals from (1) a final judgment of the Civil Court of the City of New York, New
York County (Erika M. Edwards, J.), entered September 29, 2016, which, upon an order granting
landlord's cross motion for summary judgment, awarded landlord possession in a holdover
summary proceeding and (2) an order (same court and Judge), dated December 12, 2016, which,
upon reargument, adhered to the prior determination.




Per Curiam.
Final judgment (Erika M. Edwards, J.), entered September 29, 2016, and order (Erika M.
Edwards, J.), dated December 12, 2016, reversed, with one bill of $30 costs, and landlord's cross
motion for summary judgment denied.
This commercial holdover proceeding is not susceptible to summary disposition. The record
before us, including the parties' respective expert affidavits, demonstrates the existence of triable
issues as to whether tenant complied with the insurance coverage requirements of the governing
lease.
We have considered tenants' remaining contentions for affirmative relief and find them
unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: July 17, 2017